**EXHIBIT 19**



**REDACTED**

From: Adriana Agostini [mailto:aagostini1973@gmail.com]
Sent: Thursday, September 11, 2014 6:29 PM
To: Reardon, Valerie; Branchini, Frank
Subject:

On July 29 2014 I was making copies by the copy machine for three hours then I had a bucket of flats and a tray of claims.i finished the flat at 12:00 than I start tray and Maria Vera came to me and told me she was told by Jonathan that she needed to take the work away from me. and to do HMS boxes which was there for three prior days . I took her that my foot was swollen and I was in pain and doing the HMS it was going to imitate my arm.by 12:00 I did over 7 hundred claims. I went to Alan office to let him know that I was having a problem with my leg and I was in in pain and if I did the HMS is going to irritate arm due to my medical condition. He claimed that even if I had any accommodations it was up to him if he wanted to accommodate me. Then I went to human resources and I had an anxiety attack Lisa took the report in human resources about everything that was going on the harassment and discrimination everything that happened to me then I was sent home by human resources. On Wednesday I didn't come into work do to me still feeling sick. Then on Thursdays Diana and Tony from Human Resources call me down with Tony the chief of the union. And they made it seem like I had a problem completing my work and doing my work and that not what I had a happen. UDC in the Union have a report of everybody's production and I'm on the top of the production list. I had a problem with the way Alan and Maria talk to me. About the way Alan discriminated against my medical condition which was caused

by the company in the past . They asked me for paperwork for my doctors I provided all the paperwork they needed from my doctor showing of my medical condition. They even had Jim Sable call me and as me for additional paperwork.The same paper was has been on the FMLA with these conditions he even told me that forceeffect the document even though it had the doctor stamp on it .Metlife has these conditions of my medical history. I was standing by the copy machine rerouting GHI mistakes because this employees on the UDC staff don't know the difference between Ghi and HIP ID numbers. Now the UDC managers tell everybody you don't have to make copies of the cover sheet for the reroutes just throw them in the garbage and they have old Julian dates going back more than 15 days old. but they have me doing it for over three weeks My complaint that the union had against management was never seen . Today September 11th 2014 about 945 I was called down to human resources and I was terminated they clean that I was bump do due to the layoff. But I'ma hip employee with 16 year of service on October.Severn of the hip employees with the same job description and title as me and they have less seniority then I do. but none no of them lost their job.so I am being retaliated against for my formal complaint against my manager and my director. EmblemHealth give us lessons on how to be a professional employee to respect one another about working together and respecting one another to succeed in the company. In the past I have complained about the same manages on the lack of respect they have for the employees in the UDC area I follow chain of commands and proper protocol.Also Daniel Burns is another route employee of EmblemHealth in the past I have emailed for him telling me if I evers any concern to come to human resources and I did what I was told this is the way I get rewarded by losing my job.

Thank you for your services at EmblemHealth
Adriana Agostini