**EXHIBIT 21**

| | |
|---|---|
| **Message** | |
| From: | Myra Hepburn [myra.hepburn@yahoo.com] |
| Sent: | 10/29/2014 1:06:27 PM |
| To: | Byrne, Daniel [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DByrne] |
| CC: | McGuire, Diane [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DMcGuire]; Kreiswirth, Erica [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EKreiswirth]; Walters, Anthony [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AWalters]; Adams-Cunningham, Grace [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gcunningham]; Shuler, Dianne [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DShuler]; Vosges, Maurice [/O=EMBLEM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MVosges] |
| Subject: | Fw: A follow up letter |

Hi Dan:

Please see letter below. Let's figure out a time to discuss so we can put this case to rest.

Thanks.

Myra

On Wednesday, October 29, 2014 9:54 AM, Adriana Agostini <aagostini1973@gmail.com> wrote:

Good morning.
This is a follow up letter of our conversation on September 23rd and the email I also send you. In regards to my seniority in my department and at Emblemhealth.
I reached out to you Myra so I can get clarity and some help due to the lack of information I got from human resources and the union on September 11,2014.
You stated that everything was done perfect the way the contract goals. And then I wouldn't have been able to do the job in house keeping due to my medical condition.
But that you was going to continue to investigate the situation and you will get back to me as of today I haven't heard anything from the union or emblemhealth about my situation.
I know I have seniority over 10 people in the UDC department and Scanning Room department whether it the hip legacy or Ghi legacy
I need to know where this matter stands that.

Thank you
Adriana Agostini



